# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

SCOTT D. CREECH,

        Petitioner,      :      Case No. 1:15-cv-193

  - vs -                       District Judge Michael R. Barrett
                                Magistrate Judge Michael R. Merz

CHARLOTTE JENKINS, Warden,
 Chillicothe Correctional Institution,

                              :

        Respondent.

## ORDER VACATING STAY

Upon advice from Respondent (ECF No. 24) that the Ohio Supreme Court has concluded the state court proceedings for which a stay was entered, it is hereby ordered that the stay entered March 18, 2016, be, and it hereby is VACATED.

The Court now considers this case ripe for decision.

September 26, 2016.

                                                 s/ *Michael R. Merz*
                                            United States Magistrate Judge