# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

SCOTT D. CREECH,

        Petitioner, : Case No. 1:15-cv-193

- vs -       District Judge Michael R. Barrett
        Magistrate Judge Michael R. Merz

CHARLOTTE JENKINS, Warden,
Chillicothe Correctional Institution,
                      :

        Respondent.

## ORDER VACATING STAY

Based on recent status reports from the Warden to which Petitioner has not objected, the Court finds that the state court proceedings in deference to which this case was stayed are now final. Accordingly, the Stay of Proceedings (ECF No. 26) is VACATED and the Magistrate Judge treats the case as ripe for decision.

December 27, 2017.

                                        s/ *Michael R. Merz*
                                       United States Magistrate Judge